IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ENRIQUE R. SANDOVAL,

    Plaintiff,

v.                                       Civ. No. 07-391 WJ/RLP

PNM SANTA FE N.M.
SOUTH FACILITY, *et al.*,

    Defendants.

## ORDER

THIS MATTER comes before the Court on the Magistrate Judge's Report and Recommendation and no objections having been filed by any party, the Court finds that the Magistrate Judge's Report and Recommendation shall be adopted by the Court.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation is adopted by the Court and this case is dismissed without prejudice.

IT IS SO ORDERED.

                                                      United States District Judge